**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEBRIC BROUSSARD, | Civil Action No. 2:26-cv-00760 |
| Plaintiff, | Judge Carl J. Barbier |
| vs. | Magistrate Judge Donna Phillips Currault |
| WASTE PRO USA, INC; WASTE PRO OF LOUISIANA, INC.; TOTAL WASTE SOLUTIONS, LLC; MICHAEL SCIONEAUX; SAMUEL EDWARDS; DOE DEFENDANTS 1- 10, | |
| Defendants. | |

### *EX PARTE* CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendants Waste Pro USA, Inc., Waste Pro of Louisiana, Inc., Total Waste Solutions, LLC, Michael Scioneaux, and Samuel Edwards (collectively, "Defendants") respectfully submit this motion, reserving all rights, arguments, and defenses, and request an extension of time through and including August 28, 2026, within which to file responsive pleadings in this matter, and in support state:

1. The Court has not previously granted an extension of time to plead to any of the Defendants.

2. The parties are actively discussing Defendants' assertion that Plaintiff has already released all or a portion of the claims asserted in the Complaint in connection with Plaintiff's settlement of the related matter No. 2:25-cv-02132 (Honorable Sarah Vance presiding) (the "2025 Action"). The parties are actively discussing which allegations in the Complaint, if any, survive the settlement of the 2025 Action.

3. On July 28, 2026, Defendants submitted a letter to Plaintiff requesting that the Complaint be withdrawn in whole or in part. Consistent with the Federal Rules of Civil Procedure, Defendants' letter provided a 21-day deadline (through August 18, 2026) for Plaintiff to act on Defendants' request.

4. The requested extension is warranted to avoid burdening the parties and the Court with potentially unnecessary briefing on whether the Complaint is barred by the settlement of the 2025 Action – a dispute that will be resolved or clarified on or before August 18, 2026. An extension through August 28, 2026 is necessary to allow Defendants ample time to prepare responsive pleadings after Plaintiff clarifies his position on what allegations survive settlement of the 2025 Action, which will occur on or before August 18, 2026.

5. Plaintiff's counsel has indicated that Plaintiff has no objection to this motion.

6. This motion is not being filed for any improper purpose, and the granting of this motion will not cause any undue delay or prejudice.

WHEREFORE, Defendants respectfully request that the Court enter the attached order and allow Defendants to file responsive pleadings on or before August 28, 2026.

**[signature contained on following page]**

Respectfully submitted,

LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims
Thomas J. McGoey, II (Bar #18330)
tjmcgoey@liskow.com
Michael C. Mims (#33991)
mmims@liskow.com
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(504) 581-7979

**Counsel for Defendants Waste Pro USA,
Inc., Waste Pro of Louisiana, Inc., and
Total Waste Solutions, LLC**

LAW OFFICES OF MICHAEL L. MULLIN

By: /s/ Michael L. Mullin
Michael L. Mullin (#9819)
mike@mullinlaw.net
Betty F. Mullin (#9818)
betty@mullinlaw.net
9533 Robin Ln
River Ridge, LA 70123
Phone: (504) 813-6625
Fax: (504) 324-0303

**Counsel for Defendants Michael
Scioneaux and Samuel Edwards**

## CERTIFICATION

I hereby certify that on this 3rd day of August 2026, a copy of the foregoing pleading was served on all parties of record via the Court's ECF system and/or electronically via their email address designated for service.

/s/ Michael C. Mims