**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEBRIC BROUSSARD, | Civil Action No. 2:26-cv-00760 |
| Plaintiff, | Judge Carl J. Barbier |
| vs. | Magistrate Judge Donna Phillips Currault |
| WASTE PRO USA, INC; WASTE PRO OF LOUISIANA, INC.; TOTAL WASTE SOLUTIONS, LLC; MICHAEL SCIONEAUX; SAMUEL EDWARDS; DOE DEFENDANTS 1- 10, | |
| Defendants. | |

**ORDER**

Considering the foregoing *Ex Parte* Consent Motion For Extension Of Time To File Responsive Pleadings filed by Defendants Waste Pro USA, Inc., Waste Pro of Louisiana, Inc., Total Waste Solutions, LLC, Michael Scioneaux, and Samuel Edwards (collectively, "Defendants"), it is hereby ordered that the Motion is **GRANTED.** Defendants shall file responsive pleadings on or before August 28, 2026.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
**UNITED STATES DISTRICT JUDGE**