UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBRIC BROUSSARD | CIVIL ACTION |
| VERSUS | NO. 26-760 |
| WASTE PRO USA, INC. ET AL. | SECTION: "J"(2) |

## ORDER

Considering the foregoing *Ex Parte Consent Motion for Extension of Time to File Responsive Pleadings* **(Rec. Doc. 4)**, filed by Defendants, Waste Pro USA, Inc.; Waste Pro of Louisiana, Inc.; Total Waste Solutions, LLC; Michael Scioneaux; and Samuel Edwards (collectively "Defendants"),

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Defendants shall file responsive pleadings on or before **August 28, 2026**.

New Orleans, Louisiana, this 3rd day of August, 2026.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE