**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DEBRIC BROUSSARD,**<br><br>Plaintiff,<br>v.<br><br>**WASTE PRO USA, INC; WASTE PRO OF LOUISIANA, INC.; TOTAL WASTE SOLUTIONS, LLC; MICHAEL SCIONEAUX; SAMUEL EDWARDS; DOE DEFENDANTS 1-10**<br><br>Defendants. | **Civil Action**<br><br>**NO. 2:26-cv-00760-CJB-DPC** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Debric Broussard ("Plaintiff"), who respectfully moves this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file the accompanying First Amended Complaint. In support, Plaintiff states as follows:

1. Plaintiff filed the initial Complaint in this matter on April 13, 2026.
2. Defendant has not yet filed an Answer and is under agreed upon extensions.
3. Plaintiff seeks to amend the Complaint to correct technical facts, clarify specific timelines, and comply with Defendant's Rule 11 notice.
4. Under Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing party's written consent or the court's leave, and the court "should freely give leave when justice so requires."
5. Undersigned counsel has conferred with counsel for Defendant, Michael Mims, regarding this amendment.
6. Defendant's counsel has stated that Defendant does not oppose this Motion or the filing of the proposed First Amended Complaint. A copy of the written consent is attached hereto as Exhibit A.
7. This motion is made in good faith, early in the litigation process, and will not cause undue delay or prejudice to the Defendant.
8. A copy of the proposed First Amended Complaint is attached hereto as Exhibit B

9. Plaintiff seeks amendment in good faith and for the purpose of presenting his claims with greater factual and legal precision. The proposed amendment therefore promotes, rather than frustrates, the efficient resolution of this litigation.

WHEREFORE, Plaintiff Debric Broussard respectfully prays that this Court enter an Order granting Plaintiff leave to file the First Amended Complaint attached hereto and for all other relief to which Plaintiff may be entitled.

Dated: August 21, 2026

Respectfully submitted,

/s/ *Jonathan Rhodes*__________
Jonathan Rhodes La. Bar #32649
The Rhodes Law Firm, LLC
1937 Peniston Street
New Orleans, LA 70115
T: 504-475-0975 F: 504-475-1013
E: jonathan@therhodeslawfirm.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2026, a copy of the foregoing Motion was filed electronically through the Court's CM/ECF system, which will send a Notice of Electronic Filing to all registered attorneys of record in this matter.

/s/ Jonathan M. Rhodes
Attorney for Plaintiff