Gmail

**Jonathan Rhodes <jonathan@therhodeslawfirm.com>**

# Debric Broussard - Rule 11 letter and request for extension

**Michael Mims** <mmims@liskow.com> Fri, Aug 21, 2026 at 8:27 AM
To: Jonathan Rhodes <jonathan@therhodeslawfirm.com>
Cc: Paige Fussell <pfussell@liskow.com>

Jonathan – good morning. Defendants do not oppose the motion, but we reserve our right to challenge whether the amendment cures the issues set out in our Rule 11 letter and to raise whatever other additional defenses may be warranted by law.

Thank you,

**Michael C. Mims**
Shareholder

Liskow

P: 504.556.4143 | mmims@liskow.com

**Bio | vCard | LinkedIn**

Hancock Whitney Center | 701 Poydras Street | Suite 5000
New Orleans, Louisiana 70139
liskow.com

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

---

**From:** Jonathan Rhodes <jonathan@therhodeslawfirm.com>
**Sent:** Friday, August 21, 2026 7:45 AM
**To:** Michael Mims <mmims@liskow.com>
**Cc:** Paige Fussell <pfussell@liskow.com>
**Subject:** Re: [External Email] Debric Broussard - Rule 11 letter and request for extension

**[EXTERNAL EMAIL]**

Hello Michael,

I've completed the Amended Petition. May I file it as an "Unopposed Motion for Leave to Amend"? I believe that it is significantly more streamlined and precise.

Thanks.

Very respectfully,

Jonathan Rhodes

**The Rhodes Law Firm, LLC**

T: 800.293.0483

T: 504.475.0975

F: 504.475.1013

E: jonathan@therhodeslawfirm.com

www.therhodeslawfirm.com

Schedule a Meeting

**NOTICE:** This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.

On Tue, Jul 28, 2026 at 9:45 AM Michael Mims <mmims@liskow.com> wrote:

> Jonathan – good morning. I am writing on two issues.
>
> 1. As we discussed, I prepared a Rule 11 letter setting out Defendants' position on what actions are needed by Plaintiff to cure the defects in the Complaint. See attached. To comply with Rule 11, I also prepared a draft motion for sanctions. We have asked that Plaintiff cure these defects on or before August 18, 2026. My hope is that we can amicably resolve these issues prior to that date.
>
> 2. While we continue to work to resolve Defendants' concerns with the Complaint, I would appreciate your continued courtesies regarding our deadline to respond to the Complaint. It seems best that the parties and the Court not spend their time and resources briefing Rule 12(b) issues regarding the prior settlements, when those issues will potentially be amicably resolved in response to my