**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DEBRIC BROUSSARD,**<br><br>Plaintiff,<br>v.<br><br>**WASTE PRO USA, INC; WASTE PRO OF LOUISIANA, INC.; TOTAL WASTE SOLUTIONS, LLC; MICHAEL SCIONEAUX; SAMUEL EDWARDS; DOE DEFENDANTS 1-10**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action**<br><br>**NO. 2:26-cv-00760-CJB-DPC** |

**PROPOSED ORDER**

CONSIDERING Plaintiff's Unopposed Motion for Leave to File Amended Complaint, and finding that Defendant consents to the filing and that justice so requires; IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file the First Amended Complaint on the electronic docket within __________ days of the entry of this Order.

New Orleans, Louisiana, this _____ day of __________________, 2026.

_________________________________________
UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2026, a copy of the foregoing Proposed Order filed electronically through the Court's CM/ECF system, which will send a Notice of Electronic Filing to all registered attorneys of record in this matter.

/s/ Jonathan M. Rhodes
Attorney for Plaintiff