**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DEBRIC BROUSSARD,**<br><br>Plaintiff,<br>v.<br><br>**WASTE PRO USA, INC; WASTE PRO OF LOUISIANA, INC.; TOTAL WASTE SOLUTIONS, LLC; MICHAEL SCIONEAUX; SAMUEL EDWARDS; DOE DEFENDANTS 1-10**<br><br>Defendants. | ) | **Civil Action**<br><br>**NO. 2:26-cv-00760-CJB-DPC** |

**ORDER**

CONSIDERING Plaintiff's Unopposed Motion for Leave to File Amended Complaint, and finding that Defendant consents to the filing and that justice so requires;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court docket the proposed First Amended Complaint (ECF No. 6-2) into the Court record.

New Orleans, Louisiana, this 24th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE