**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEBRIC BROUSSARD,<br><br>Plaintiff,<br><br>vs.<br><br>WASTE PRO USA, INC; WASTE PRO OF LOUISIANA, INC.; TOTAL WASTE SOLUTIONS, LLC; MICHAEL SCIONEAUX; SAMUEL EDWARDS; DOE DEFENDANTS 1- 10,<br><br>Defendants. | Civil Action No. 2:26-cv-00760<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Donna Phillips Currault |

**DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS**

Defendants Waste Pro USA, Inc., Waste Pro of Louisiana, Inc., Total Waste Solutions, LLC (collectively, the "Corporate Defendants" or "Waste Pro"); along with Michael Scioneaux and Samuel Edwards (the "Individual Defendants") (collectively, "Defendants"); through undersigned counsel, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for partial dismissal with prejudice of Plaintiff Debric Broussard's First Amended Complaint (Doc. 9), specifically, all claims that are premised on conduct occurring before January 7, 2026. Such claims were released in connection with the parties' settlement of prior disputes, including the related case *Debric Broussard v. Waste Pro USA, Inc. et al.,* Docket No. 2:25-cv-02132 (E.D. La., Hon. Sarah Vance presiding) ("2025 Title VII Action") as well as a 2025 workers' compensation matter.

In support of this Motion, Defendants rely upon the accompanying Memorandum in Support and the documents referenced in and central to the First Amended Complaint, including:

- the Complaint from the 2025 Title VII Action, attached hereto as Exhibit A;

- the December 19, 2025 Mediation Agreement from the 2025 workers' compensation matter, attached hereto as Exhibit B;
- the January 7, 2026 Release from the 2025 Title VII Action, attached hereto as Exhibit C;
- the January 15, 2026 Workers' Compensation Receipt and Release, attached hereto as Exhibit D; and
- the January 16, 2026 Order of the Office of Workers' Compensation attached hereto as Exhibit E.

Simultaneous with this motion, Defendants are filing a Motion for Sanctions Pursuant to Rule 11 based on Plaintiff's failure to withdraw the pre-January 7 claims that have already been settled.

WHEREFORE, Defendants respectfully request that this Court enter an Order as follows:

a. dismissing with prejudice all claims in the First Amended Complaint that are predicated on conduct occurring before January 7, 2026, including but not limited to the First Amended Complaint's allegations related to creation of a hostile workplace, isolation of Plaintiff from his coworkers, mishandling of Plaintiff's complaints to Human Resources, constructive discharge, and lost wages.

b. granting Defendants such other and further relief as this Court deems just and proper.

Respectfully submitted,

LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims
Thomas J. McGoey, II (Bar #18330)
tjmcgoey@liskow.com
Michael C. Mims (#33991)
mmims@liskow.com
Ellen D. George (#39891)
egeorge@liskow.com

701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(504) 581-7979

**Counsel for Defendants Waste Pro USA, Inc., Waste Pro of Louisiana, Inc., and Total Waste Solutions, LLC**

LAW OFFICES OF MICHAEL L. MULLIN

By: /s/ Michael L. Mullin
Michael L. Mullin (#9819)
mike@mullinlaw.net
Betty F. Mullin (#9818)
betty@mullinlaw.net
9533 Robin Ln
River Ridge, LA 70123
Phone: (504) 813-6625
Fax: (504) 324-0303

**Counsel for Defendants Michael Scioneaux and Samuel Edwards**

**CERTIFICATION**

I hereby certify that on this 8th day of September 2026, a copy of the foregoing pleading was served on all parties of record via the Court's ECF system and/or electronically via their email address designated for service.

/s/ Michael C. Mims