prismGROUP

# Mediation Agreement

On December 19, 2025, the claimant, DEBRIC BROUSSARD, and the employer, WASTE PRO USA, INC., and its insurer hereby agree to a full and final resolution of all claims under the Louisiana Worker's Compensation Act arising from the employment-related accident of May 27, 2025, on the following terms:

1.

The employer/insurer agrees to pay the claimant, DEBRIC BROUSSARD, and his attorney, Tara Melancon, the sum of $50,000.00 in exchange for a full and final OWC approved settlement. Further, the employer/insurer agrees to continue paying the claimant's indemnity benefits at the current rate through the date the settlement is approved by the OWC. The employer/insurer agrees to pay any and all reasonable, related and pre-approved medical expenses, including any related emergency treatment in accordance with the Louisiana Fee Schedule, incurred through today, December 19, 2025. The claimant agrees to be responsible for the Blue Cross Blue Shield Healthcare Lien for treatment arising out of this accident. The claimant agrees to a voluntary resignation of his employment with the employer and to not seek re-employment with employer. Claimant reserves all rights to his pending EEOC claim.

2.

The parties agree to reduce this agreement to a form acceptable to all parties and submit the same to the OWC for approval as required by the Louisiana Worker's Compensation Act. The parties acknowledge that this agreement was reached as the result of a voluntary private mediation and as such neither the mediation firm nor mediator shall be subject to subpoena to testify or otherwise in any proceeding for any reason. Defense to pay the mediation fee.

DEBRIC BROUSSARD
Claimant

DENISE LEDET
Attorney for Employer & Insurer

TARA MELANCON
Attorney for Claimant



EXHIBIT B