0685-15848/210

# RECEIPT AND RELEASE

**WHEREAS,** on or about May 27, 2025, Debric Broussard was employed by Waste Pro USA when he claims to have sustained physical injuries as a result of an accident;

**WHEREAS,** Waste Pro USA has paid indemnity benefits to Debric Broussard in the amount of $25,350.00 and medical benefits in the amount of $18,759.31 on behalf of Debric Broussard;

**WHEREAS,** Debric Broussard contends that, as a result of said accident, he was rendered disabled within the meaning of the Louisiana Workers' Compensation Act and, therefore, is entitled to receive and be paid workers' compensation benefits for the period of his disability plus all medical expenses;

**WHEREAS,** Waste Pro USA denies any and all claims and contentions of Debric Broussard and specifically deny that Debric Broussard sustained any disabling physical injury by any accident that arose out of and in the course and scope of said employment, and deny that Debric Broussard is entitled to any further benefits;

**WHEREAS,** Debric Broussard, a person of the full age of majority and a resident of and domiciled in the Parish of Terrebonne, State of Louisiana, declared that he and Waste Pro USA have entered into negotiations for the purpose of adjusting their differences and putting an end to the current and any future litigation, and have mutually agreed upon an amicable compromise and settlement of any and all claims, demands, actions, suits, debts, charges, liens or damages of any kind whatsoever which Debric Broussard has or may hereafter acquire against Waste Pro USA and its respective officers, directors, owners, managers, employees, agents, subsidiary and/or related companies. associates, representatives, successors, underwriters or assigns, out of or in any way connected with the alleged accidental injuries of May 27, 2025. Nothing in this document should be construed to

release Waste Pro USA or to compromise Debric Broussard's rights in any way to the following case: *Debric Broussard v. Waste Pro USA, Inc., et al,* No. 2:25-cv-02132-SSV-MBN (E.D. La. 2025). For the purpose of prorating this settlement for the Social Security Administration, of the $50,000 settlement, $10,000 is designated as attorney's fees, the remaining $40,000 is divided into $20,000 for future medical expenses, and the remaining $20,000 is the indemnity portion of the settlement. It is specified that the claimant is 36 years old which gives him a remaining life span of 41.19 years, or 494.28 months. The $20,000 indemnity portion of the settlement shall serve as a substitute for periodic workers' compensation payments owed and/or payable for the remainder of the employee's life, which computes to a stipulated monthly amount of $40.46 ($20,000/494.28 months=$40.46/month).

**WHEREAS,** in further consideration of the aforesaid sums, Debric Broussard hereby covenants and agrees that he will never hereafter either initiate or file any suit, petition, complaint or action of any nature or kind against the parties released by him in this Receipt and Release, including, but not limited to, actions arising under the Louisiana Workers' Compensation Act in connection with the alleged accidental injuries of May 27, 2025. However, Debric Broussard reserves his right to proceed against Waste Pro USA with respect to the discrimination suit filed in the United States District Court for the Eastern District of Louisiana. Nothing in this document should be construed to release Waste Pro USA or to compromise Debric Broussard's rights in any way to the following case: *Debric Broussard v. Waste Pro USA, Inc., et al,* No. 2:25-cv-02132-SSV-MBN (E.D. La, 2025).

**WHEREAS,** Debric Broussard further warrants and agrees that he will protect, hold harmless, defend and indemnify Waste Pro USA from and against any and all claims, actions, demands, suits or judgments of any kind whatsoever arising out of or in any way connected with the alleged accidental injuries of May 27, 2025. Nothing in this document should be construed to release Waste Pro USA or to compromise Debric Broussard's rights in any way to the following case: *Debric Broussard v. Waste Pro USA, Inc., et al,* No. 2:25-cv-02132-SSV-MBN (E.D. La, 2025).

**WHEREAS,** it is understood and agreed that Waste Pro USA does not assume liability for any past, present and/or future medical expenses incurred by or on behalf of Debric Broussard, with the exception of those previously authorized and approved, and emergency medical expenses incurred prior to the date of the settlement herein which are related to the alleged work-related accident of May 27, 2025. It is further understood and agreed that Debric Broussard assumes liability for any and all past medical expenses incurred by or on behalf of Debric Broussard, as a result of the May 27, 2025 accident, that were not previously authorized/approved by Waste Pro USA, and that Debric Broussard assumes liability for the lien held by Blue Cross Blue Shield and any unrelated medical expenses and all future medical expenses.

**WHEREAS,** Debric Broussard declares, represents and warrants under oath and penalty of perjury that he is not eligible for Medicare benefits, and has not applied for Medicare benefits or Social Security Disability benefits. In addition, Debric Broussard further declares, represents and warrants that he has neither in the past received nor is he currently receiving Social Security Disability benefits or Medicare benefits. Debric Broussard further declares, represents and warrants that Medicare has made no payments prior to the date of this settlement agreement. Debric Broussard does hereby expressly waive and decline to allocate all or part of the settlement proceeds being paid herein by Waste Pro USA to a Medicare Set-Aside Trust pursuant to 42 U.S.C. §1395y. In return

for payment of the aforesaid settlement, Debric Broussard acknowledges and understands that he shall have no past, present or future entitlements to Medicare benefits for medical expenses related to the alleged work accident and/or injury until such time as the medical expenses incurred for treating said injury exceeds the amount allocated in the settlement for medical expenses or, if no such allocation is made, then as would otherwise be allowed by law. Debric Broussard further expressly waives the establishment of a Medicare Set-Aside Trust. Debric Broussard further hereby agrees to defend, indemnify and hold harmless Waste Pro USA in regard to any and all claims, demands, suits and proceedings claimed, threatened, made, filed or instituted by Medicare or any other affiliated, related or similar governmental agencies or entities.

**NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS;**

That for and consideration of the payment by Waste Pro USA of the sum of **FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS**, to or on behalf of Debric Broussard, receipt of which is hereby acknowledged, Debric Broussard does hereby remise, release and forever discharge Waste Pro USA, together with its respective officers, directors, owners, managers, employees, agents, subsidiary and/or related companies, associates, representatives, successors, insurers, underwriters and/or assigns, from any and all manner of benefits, debts, claims, liens, demands, charges, actions, suits, damages or liabilities of any kind whatsoever, whether now known or hereafter discovered, which he had, has or may hereafter acquire, including, but not limited to. any actions arising out of any accidents, injuries or disabilities sustained by Debric Broussard, as a result of the alleged accidental injuries of May 27, 2025. Nothing in this document should be construed to release Waste Pro USA or to compromise Debric Broussard's rights in any way to the following case: *Debric Broussard v. Waste Pro USA, Inc., et al,* No. 2:25-cv-02132-SSV-MBN (E.D. La, 2025).

In further consideration of the aforesaid sums, Debric Broussard hereby covenants and agrees that he will never hereafter either initiate or file any suit, petition, complaint or action against the parties released by him in this Receipt and Release for any claims, as a result of the alleged accidental injuries of May 27, 2025. Nothing in this document should be construed to release Waste Pro USA or to compromise Debric Broussard's rights in any way to the following case: *Debric Broussard v. Waste Pro USA, Inc., et al,* No. 2:25-cv-02132-SSV-MBN (E.D. La, 2025).

Debric Broussard further warrants and decrees that he has resigned from his employment with Waste Pro USA. Debric Broussard acknowledges that his resignation was voluntary and of his own free will and that he was not forced to resign. Debric Broussard further agrees that he will not apply for employment with Waste Pro USA or its affiliated companies at any time in the future. and understands that his employment with Waste Pro USA has been permanently and irrevocably severed.

Debric Broussard further warrants and agrees that he will protect, hold harmless, defend and indemnify Waste Pro USA from and against any and all claims, actions, demands, suits or judgments of any kind whatsoever arising out of or in any way connected with the alleged accidental injuries of May 27, 2025.

This Receipt and Release signed in New Orleans, Louisiana, this 15th day of January, 2026.

**WITNESSES:**

V. Gutierrez

Veronica Gutierrez
(Print Name)

LLOYD BROUSSARD
(Print Name)

DEBRIC BROUSSARD

NOTARY PUBLIC

OFFICIAL SEAL
TARA MELANCON
NOTARY ID # 137572
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

0685-15848/210

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OFJEFFERSON**

**BE IT KNOWN** that on this 15th day of January, 2026 before me, the undersigned authority, a Notary Public duly commissioned and qualified, personally came and appeared:

**DEBRIC BROUSSARD**

who, after being duly sworn, did depose and say:

That he has read the above and foregoing Receipt and Release in its entirety; that he understands the contents thereof in full and without reservation; that he desires to sign his name thereto in return for the purposes stated therein as his own free act and deed.

**WITNESSES:**

V. Gutierrez

Veronica Gutierrez
(Print Name)

____________________

LLOYD BROUSSARD
(Print Name)

Debric Broussard
**DEBRIC BROUSSARD**

____________________
**NOTARY PUBLIC**

OFFICIAL SEAL
TARA MELANCON
NOTARY ID # 137872
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life