# OFFICE OF WORKERS' COMPENSATION ADMINISTRATION
## SETTLEMENT CHECKLIST

| | | | |
|---|---|---|---|
| DOCKET NUMBER: 26-00275 | PENDING 1008 | ☐ Yes | ☒ No |
| EMPLOYEE'S NAME | DEBRIC BROUSSARD | | |
| EMPLOYEE'S SS#: | [redacted]4120 | | |
| EMPLOYER'S NAME | TOTAL WASTE SOLUTIONS | | |
| INSURER'S NAME: | SEDGWICK CLAIMS | | |
| DATE OF ACCIDENT: | 05/27/2025 | | |
| SETTLEMENT CONFERENCE DATE: (Required if Unrepresented Employee) | | | |

LDOL-WC 1003 (optional) ☐ LDOL-WC 1011 ☒ LDOL-WC 1007 ☒

FILING FEE $ 50.00 **DUE** ☐

INTERVENER ☐

JOINT PETITION ☒
- Signed by Employee ☒
- Signed by Employee's Attorney ☒
- Signed by Employer's Attorney ☒

SETTLEMENT AMOUNT $50,000.00

TORT WAIVER

AFFIDAVIT OF REPRESENTATION
- Signed by Employee's Attorney ☒
- Signed by Employer's Attorney ☒

VERIFICATION BY EMPLOYEE ☒

MOTION AND ORDER FOR APPROVAL OF ATTORNEY FEES ☒

MEDICAL REPORTS ☒ OR WAIVER OF L.R.S. 23:1271(A)(3) ☒

ORDER OF APPROVAL ☒ MOTION AND ORDER OF DISMISSAL ☒

EXHIBIT E

RETURN TO:
OFFICE OF WORKERS' COMPENSATION
POST OFFICE BOX 94040
BATON ROUGE, LA 70804-9040
(225) 342-7565
TOLL FREE (800) 201-3457

1. Social Security No. xxx - xx - 4120
2. Date of Injury/Illness 05 - 27 - 2025
3. Part(s) of Body Injured head, neck, shoulder
4. OWC Docket Number 06 26-00275
5. OWC District Number 06

## REQUEST FOR COMPROMISE OR LUMP SUM SETTLEMENT

JAN 16 2026
DATE OF APPROVAL

[signature]
JUDGE DIANE LUNDEEN
DISTRICT W.C. JUDGE, D-6

### EMPLOYEE

6. Name Debric Broussard
Street or Box 400 Linden Lewis Raod
City Youngsville
State LA Zip 70592
Phone (999) 999-9999

### EMPLOYEE'S ATTORNEY

7. Name Tara Melancon
Street or Box 601 Poydras Street, 24th Floor
City New Orleans
State LA Zip 70130
Phone (504) 526-1990

### EMPLOYER

8. Name Total Waste Solutions
Street or Box 16201 East Main Street
City Cut Off
State LA Zip 70345
Phone (336) 399-8271

### INSURER/ADMINISTRATOR (circle one)

9. Name Sedgwick Claims Management Services, Inc.
Street or Box P.O. Box 14434
City Lexington
State KY Zip 40512
Phone (800) 548-1373

### EMPLOYER/INSURER'S ATTORNEY (circle one)

10. Name Denise M. Ledet
Street or Box 701 Poydras Street, Suite 4700
City New Orleans
State LA Zip 70139
Phone (504) 528-3001

11. DATE OF SETTLEMENT CONFERENCE ______
12. TERMS AND AMOUNT OF SETTLEMENT: $50,000.00
13. BENEFITS PAID TO DATE:
    a.) AVERAGE WEEKLY WAGE: ______
    b.) WORKERS' COMPENSATION BENEFITS: $23,350.00
    c.) MEDICAL BENEFITS: $18,759.31
    d.) DEATH BENEFITS: ______
14. ATTORNEY FEES PAID TO DATE: ______
15. ADDITIONAL FEES REQUIRED: ______

**ATTACHMENTS REQUIRED:**

X JOINT PETITION
X FORM 1007 ATTACHED ______ OR ON FILE ______
__ FORM 1003 ATTACHED ______ OR ON FILE ______
X EMPLOYEE AFFIDAVIT
x EMPLOYER CONCURRENCE
x ALLEGATION OF LEGAL REPRESENTATION

x MOST RECENT MEDICAL REPORT
x WAIVER OF RIGHTS UNDER L.R.S. 23:1271
x FILING FEE PAID
x ORDER OF APPROVAL
x MOTION AND ORDER FOR ATTORNEY FEES
x MOTION AND ORDER TO DISMISS 1008 (IF APPLICABLE)

SUBMITTED BY: [signature: Denise M. Ledet]

PHONE: (504) 528-3001

OWCA RECEIVED JAN 16 26 DISTRICT 6 COVINGTON

LWC-WC-1011
REV. 07/08

0685-15848/210

| | |
|---|---|
| **DEBRIC BROUSSARD** | **OWC NO. 26-00275 ; DISTRICT 6** |
| **VERSUS** | **OFFICE OF WORKERS' COMPENSATION** |
| **WASTE PRO USA d/b/a TOTAL WASTE SOLUTIONS** | **STATE OF LOUISIANA** |

**ORDER**

**WHEREFORE**, this matter having been presented to the Office of Workers' Compensation on the Joint Petition for Approval of Workers' Compensation Settlement of Debric Broussard and Waste Pro USA, and the Office of Workers' Compensation having been fully informed in the premises, and it appearing that Debric Broussard has been fully advised of his rights under the laws of Louisiana, particularly, the Louisiana Workers' Compensation Act; and the Office of Workers' Compensation being of the opinion that there are one or more bona fide disputes existing between the parties, and that the proposed settlement is fair and equitable and does substantial justice to the parties. and was entered into primarily to avoid further litigation, and the settlement has been recommended to the Office of Workers' Compensation by Tara Melancon, attorney for Debric Broussard;

**IT IS ORDERED, ADJUDGED AND DECREED** that the compromise settlement be, and it is hereby approved and made the Order of the Office of Workers' Compensation, and that Debric Broussard has and recovers from Waste Pro USA the sum of **FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS**, on the condition that Debric Broussard accepts the sum of **FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS** in full and final settlement, satisfaction and compromise of any and all claims Debric Broussard has or may hereafter acquire against Waste Pro. as a result of the alleged accidental injuries of May 27, 2025; nothing in this document should be construed to release Waste Pro USA or to compromise Debric Broussard's rights in any way to the following case: *Debric Broussard v. Waste Pro USA, Inc., et al,* No. 2:25-cv-02132-SSV-MBN (E.D. La, 2025).

OWCA RECEIVED
JAN 1 6 26
DISTRICT 6
COVINGTON

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that upon payment of the sum of **FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS** to Debric Broussard, Debric Broussard is hereby authorized and empowered to execute a full, binding and complete release of all claims of every nature, character and kind that he now has against Waste Pro USA, their respective employees, agents, officers, directors, successors, insurers, reinsurers and assigns, for injuries sustained as a result of the alleged accidental injuries of May 27, 2025; Nothing in this document should be construed to release Waste Pro USA or to compromise Debric Broussard's rights in any way to the following case: *Debric Broussard v. Waste Pro USA, Inc., et al,* No. 2:25-cv-02132-SSV-MBN (E.D. La, 2025). For the purpose of prorating this settlement for the Social Security Administration, of the $50,000 settlement, $10,000 is designated as attorney's fees, the remaining $40,000 is divided into $20,000 for future medical expenses, and the remaining $20,000 is the indemnity portion of the settlement. It is specified that the claimant is 36 years old which gives him a remaining life span of 41.19 years, or 494.28 months. The $20,000 indemnity portion of the settlement shall serve as a substitute for periodic workers' compensation payments owed and/or payable for the remainder of the employee's life, which computes to a stipulated monthly amount of $40.46 ($20,000/494.28 months=$40.46/month).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Waste Pro USA and does not assume liability for any past, present and/or future medical expenses incurred by or on behalf of Debric Broussard, with the exception of those previously authorized and approved medical expenses and emergency medical expenses incurred prior to the date of the settlement herein related to the alleged work-related accident of May 27, 2025.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that with the exception of emergency medical expenses, Debric Broussard assumes liability for any past medical expenses incurred by or on behalf of Debric Broussard that were not previously authorized/approved by Waste Pro USA; the lien held by Blue Cross Blue Shield; that were unrelated to the alleged work-related accident; and all future medical expenses.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court, being duly informed and of the opinion that Debric Broussard declares, represents and warrants under oath and penalty of perjury that he is not eligible for Medicare benefits, has not applied for Medicare benefits and/or has not received Medicare benefits. In addition, Debric Broussard further declares, represents and warrants that he has neither in the past received nor is currently receiving Social Security Disability benefits or Medicare benefits. Debric Broussard further declares, represents and warrants that Medicare has made no payments prior to the date of this settlement agreement. Debric Broussard does hereby expressly waive and decline to allocate all or part of the settlement proceeds being paid herein by Waste Pro USA and/or the Accident Insurance Company to a Medicare Set-Aside Trust pursuant to 42 U.S.C. §1395y. In return for payment of the aforesaid settlement, Debric Broussard acknowledges and understands that he shall have no past, present or future entitlements to Medicare benefits for medical expenses related to the alleged work accident and/or injuries until such time as the medical expenses incurred for treating said injuries exceeds the amount allocated in the settlement for medical expenses, or, if no such allocation is made, then as would otherwise be allowed by law. Debric Broussard further expressly waives the establishment of a Medicare Set-Aside Trust. Debric Broussard further hereby agrees to defend, indemnify and hold harmless Waste Pro USA in regard to any and all claims, demands, suits and proceedings claimed, threatened, made, filed or instituted by Medicare or any other affiliated, related or similar governmental

agencies or entities;

**ORDER, RENDERED AND SIGNED** at Covington, Louisiana, this ___ day of JAN 16 2026, 2026.

WORKERS' COMPENSATION JUDGE
**Diane Lundeen**
**District Judge**



OWCA
RECEIVED
JAN 16 26
DISTRICT 6
COVINGTON

0685-15848/210

**DEBRIC BROUSSARD** **OWC NO.** 26-00272 **; DISTRICT 6**

**VERSUS** **OFFICE OF WORKERS' COMPENSATION**

**WASTE PRO USA d/b/a TOTAL WASTE SOLUTIONS** **STATE OF LOUISIANA**

**JOINT MOTION AND ORDER OF DISMISSAL**

**NOW INTO COURT,** through undersigned counsel, come plaintiff, Debric Broussard, and defendant, Waste Pro USA, and upon suggesting to the Court that they have settled, satisfied and compromised all of their differences, respectfully move the Court to dismiss, with prejudice, the above-entitled and numbered cause.

Respectfully submitted:

TARA MELANCON (#38566)
**MORRIS BART, LLC**
601 Poydras Street, 24th Floor
New Orleans, Louisiana 70130
Telephone: (504) 526-1990
Facsimile: (504) 324-0232
Email: tmelancon@morrisbart.com
Attorney for the Plaintiff,
Debric Broussard

ALAN J. YACOUBIAN (#17213)
DENISE M. LEDET (#23850)
**JOHNSON, YACOUBIAN & PAYSSE**
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-77701
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Email: ajy@jyplawfirm.com
dledet@jyplawfirm.com
Attorneys for Defendant,
Waste Pro USA

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by e-mail, facsimile transmission, and/or by depositing same in the U.S. Mail, postage pre-paid and properly addressed, this 15th day of January, 2026.

OWCA RECEIVED
JAN 16 26
DISTRICT 6
COVINGTON

0685-15848/210

**DEBRIC BROUSSARD** **OWC NO.** 26-00275 **; DISTRICT 6**

**VERSUS** **OFFICE OF WORKERS' COMPENSATION**

**WASTE PRO USA d/b/a TOTAL WASTE SOLUTIONS** **STATE OF LOUISIANA**

**ORDER OF DISMISSAL**

Upon consideration of the foregoing Motion:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition of Debric Broussard along with all Supplemental and Amending Petitions and Demands in the above-entitled and numbered cause be, and the same hereby are, dismissed, with prejudice.

Covington ~~**HOUMA**~~, Louisiana, this ________ day of JAN 16 2026, 2026.

**WORKERS' COMPENSATION JUDGE**
Diane Lundeen
District Judge

OWCA
RECEIVED
JAN 16 26
DISTRICT 6
COVINGTON

OFFICE OF WORKERS' COMPENSATION

STATE OF LOUISIANA

| | |
|---|---|
| DEBRIC BROUSSARD | DOCKET NO: 26-00275 |
| VERSUS | DISTRICT: 06 |
| WASTE PRO USA d/b/a TOTAL WASTE SOLUTIONS | |

**MOTION AND ORDER FOR ATTORNEY FEES**

**NOW INTO COURT,** comes TARA MELANCON of Morris Bart, LLC, who performed legal services for the claimant in this matter. An attorney fee in the amount of 20% is requested based upon a signed contract from my client who agreed to my fee of the statutory limit from the settlement of $50,000.00 with a corresponding attorney fee of $10,000.00.

Respectfully submitted,

MORRIS BART, LLC

TARA MELANCON (38566)
MORRIS BART, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: 504-526-1990
Facsimile: 504-324-0232
Attorney for Claimant

OWCA
RECEIVED
JAN 16 26
DISTRICT 6
COVINGTON

**CERTIFICATE OF SERVICE**

I hereby certify by my signature hereinabove, that a copy of the foregoing pleading has been served on all parties by placing same in the U.S. Mail, postage pre-paid, on this 15th day of January 2026.

TARA MELANCON

OFFICE OF WORKERS' COMPENSATION

STATE OF LOUISIANA

| | |
|---|---|
| DEBRIC BROUSSARD | DOCKET NO: 26-00275 |
| VERSUS | DISTRICT: 06 |
| WASTE PRO USA d/b/a<br>TOTAL WASTE SOLUTIONS | |

**ORDER**

**CONSIDERING THE FOREGOING, IT IS ORDERED** that Tramelahan of Morris Bart, LLC is due a statutory attorney fee of $10,000.00 out of the $50,000.00 settlement proceeds.

Ordered this ______day of JAN 16 2026, 2026, Covington, Louisiana.

JUDGE
**Diane Lundeen**
**District Judge**

OWCA
RECEIVED
JAN 16 26
DISTRICT 6
COVINGTON

0685-15848/210

**DEBRIC BROUSSARD** **OWC NO. 26-00295 ; DISTRICT 6**

**VERSUS** **OFFICE OF WORKERS' COMPENSATION**

**WASTE PRO USA d/b/a TOTAL WASTE SOLUTIONS** **STATE OF LOUISIANA**

**JOINT PETITION FOR APPROVAL**
**OF WORKERS' COMPENSATION SETTLEMENT**

The joint petition of Debric Broussard, of the full age of majority and a resident of and domiciled in the Parish of Terrebone, State of Louisiana, Waste Pro USA, a company authorized to do and doing business within the State of Louisiana, and Accident Insurance Company, an insurer authorized to do and doing business within the State of Louisiana being all the parties to this cause, respectfully represent:

I.

On or about May 27, 2025, Debric Broussard was employed by and working for Waste Pro USA in the Parish of Terrebonne, State of Louisiana. Debric Broussard's Social Security Number is XXX-XX-4120. The Employer's First Report of Occupational Injury or Disease is annexed hereto as Exhibit "A."

II.

At all times pertinent hereto, Waste Pro USA was self-insured in accordance with the Louisiana Workers' Compensation Act.

III.

On or about May 27, 2025, Debric Broussard claims that while in the employ of Waste Pro USA, he sustained physical injuries as a result of an accident that arose out of and in the course and scope of his employment. More particularly, the plaintiff alleges to have sustained injuries when he was attempting to hook up a roll-off container to a truck when a lever on the trailer broke loose and struck him in the face. The most recent medical report of Dr. Morteza Farr is annexed hereto

OWCA RECEIVED JAN 16 26 DISTRICT 7 COVINGTON

as Exhibit "B" for the purpose of illustrating the nature of the injuries allegedly sustained by Debric Broussard.

IV.

Waste Pro USA has paid indemnity benefits to Debric Broussard in the amount of $25,350.00 and medical benefits in the amount of $18,759.31 on behalf of Debric Broussard.

V.

Debric Broussard contends that, as a result of said accident, he was rendered disabled within the meaning of the Louisiana Workers' Compensation Act and, therefore, is entitled to receive and be paid workers' compensation benefits for the period of his disability plus all medical expenses.

VI.

Waste Pro USA, denies any and all claims and contentions of Debric Broussard and specifically deny that Debric Broussard sustained any disabling physical injury by accident that arose out of and in the course and scope of said employment, and deny that Debric Broussard is entitled to any further benefits.

VII.

For these and other reasons, serious bona fide disputes exist between Debric Broussard and Waste Pro USA, as defined by the Louisiana Workers' Compensation Act, and specifically LSA-R.S. 23:1271-1273.

VIII.

In order to compromise and settle said disputes and avoid the uncertainties of litigation, Waste Pro USA, and/or the Accident Insurance Company have offered to pay Debric Broussard for his account the sum of **FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS**, on the condition that Debric Broussard accepts the sum of **FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS**

in full and final settlement, satisfaction and compromise of any and all claims for workers' compensation benefits, damages, liens, expenses and attorney fees, which Debric Broussard now has or may hereafter acquire against Waste Pro USA for any and all accidents or injuries sustained by Debric Broussard while employed by Waste Pro USA prior to the date of the settlement herein as a result of the alleged accidental injuries of May 27, 2025, subject, however, to the approval of the Office of Workers' Compensation. Nothing in this document should be construed to release Waste Pro USA or to compromise Debric Broussard's rights in any way to the following case: *Debric Broussard v. Waste Pro USA, Inc., et al,* No. 2:25-cv-02132-SSV-MBN (E.D. La, 2025).

IX.

All parties agree that the sums agreed upon by this settlement agreement amount to more than Waste Pro USA believes to be due to Debric Broussard and amount to less than Debric Broussard believes to be due to him. For the purpose of prorating this settlement for the Social Security Administration, of the $50,000 settlement, $10,000 is designated as attorney's fees, the remaining $40,000 is divided into $20,000 for future medical expenses, and the remaining $20,000 is the indemnity portion of the settlement. It is specified that the claimant is 36 years old which gives him a remaining life span of 41.19 years, or 494.28 months. The $20,000 indemnity portion of the settlement shall serve as a substitute for periodic workers' compensation payments owed and/or payable for the remainder of the employee's life, which computes to a stipulated monthly amount of $40.46 ($20,000/494.28 months=$40.46/month).

X.

It is understood and agreed that Waste Pro USA does not assume liability for any past, present and/or future medical expenses incurred by or on behalf of Debric Broussard, with the exception of those previously authorized and approved, as well as emergency medical expenses, incurred prior to

date of the settlement herein which are related to the alleged work-related accident of May 27, 2025. It is further understood and agreed that except for emergency medical treatment which will be paid by employer/carrier, Debric Broussard assumes liability for any and all past medical expenses incurred by or on behalf of Debric Broussard, not previously authorized/approved by Waste Pro USA, and Debric Broussard assumes liability for the Blue Cross Blue Sheild lien and any unrelated medical expenses and all future medical expenses.

XI.

Employer, Waste Pro USA has been informed of and concurs with the terms of this settlement.

XII.

Debric Broussard represents that he is not eligible for, nor has he applied for Medicare or Social Security Disability benefits, nor has he received in the past or is currently receiving Social Security Disability or Medicare benefits. Debric Broussard acknowledges and represents that Medicare has made no payments prior to the date of this settlement agreement. Debric Broussard hereby expressly waives and declines to allocate all or part of the settlement proceeds being paid herein by Waste Pro USA and/or the Accident Insurance Company to a Medicare Set-Aside Trust pursuant to 42 U.S.C. §1395y. In return for payment of the aforesaid settlement, Debric Broussard acknowledges and understands that he shall have no past, present or future entitlement to Medicare benefits for medical expenses related to the alleged work accidents and/or injuries until such time as the medical expenses incurred for treating said injuries exceeds the amount allocated in the settlement for medical expenses, or, if no such allocation is made, then as would otherwise be allowed by law. Debric Broussard further expressly waives the establishment of a Medicare Set-Aside Trust. Debric Broussard further hereby agrees to defend, indemnify and hold harmless Waste Pro USA with respect to any and all claims, demands, suits and proceedings claimed, threatened, made, filed or instituted by Medicare or any other affiliated, related or similar governmental agencies or entities.

XIII.

Debric Broussard warrants that he has not received treatment from or in any other state hospital or Medicaid provider in connection with the alleged work-related accident of May 27, 2025, and further agrees to defend, indemnify and hold forever harmless the parties released herein for any claims made by the Louisiana Department of Health and Hospitals for reimbursement for any services which may have been provided to him by a state hospital or Medicaid provider.

XIV.

Debric Broussard waives the delays provided in LSA-R.S. 23:1271(a)(3) and requests that this settlement be approved before the expiration of six months after the termination of temporary total disability, if such time period has not already elapsed.

XV.

The foregoing compromise agreement has been approved and recommended to the Office of Workers' Compensation by Tara Melancon, counsel for Debric Broussard, as evidenced by counsel's attached affidavit. Counsel for Debric Broussard further certifies to the Office of Workers' Compensation that she has read the foregoing compromise agreement and, in her opinion, the foregoing settlement agreement has been entered into primarily to avoid the possibility of further litigation, and it is a fair and equitable settlement agreement and does substantial justice to the parties and, therefore, recommends that it be approved by the Office of Workers' Compensation.

XVI.

Tara Melancon, counsel for Debric Broussard, is entitled under the Louisiana Workers' Compensation Act to recover a fee to be paid out of the proceeds of said settlement.

**WHEREFORE**, the premises considered, petitioners pray that the proposed settlement agreement be approved by the Office of Workers' Compensation and made the Order of the Office of Workers' Compensation, and that Debric Broussard be authorized to receive the sum of **FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS** in full and final settlement, payment, satisfaction and compromise of any and all claims he now has or may hereafter acquire against Waste Pro USA for the alleged accidental injuries of May 27, 2025; and, upon payment of the sum of **FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS** to Debric Broussard, that Debric Broussard be authorized to execute a valid and binding release of any and all claims for workers' compensation benefits, damages, and expenses that he has or may hereafter acquire for the alleged accidental injuries of May 27, 2025. Nothing in this document should be construed to release Waste Pro USA or to compromise Debric Broussard's rights in any way to the following case: *Debric Broussard v. Waste Pro USA, Inc., et al,* No. 2:25-cv-02132-SSV-MBN (E.D. La, 2025).

Respectfully submitted:

DEBRIC BROUSSARD

TARA MELANCON (#38566)
**MORRIS BART, LLC**
601 Poydras Street, 24th Floor
New Orleans, Louisiana 70130
Telephone: (504) 526-1990
Facsimile: (504) 324-0232
Email: tmelancon@morrisbart.com
Attorney for the Plaintiff,
Debric Broussard

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by e-mail, facsimile transmission, and/or by depositing same in the U.S. Mail, postage pre-paid and properly addressed, this 15th day of January, 2026.

/s/ Denise M. Ledet

/s/ Denise M. Ledet
ALAN J. YACOUBIAN (#17213)
DENISE M. LEDET (#23850)
**JOHNSON, YACOUBIAN & PAYSSE**
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-77701
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Email: ajy@jyplawfirm.com
dledet@jyplawfirm.com
Attorneys for Defendant,
Waste Pro USA

0685-15848/210

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

**BE IT KNOWN** that on this 15th day of January, 2026, before me, the undersigned authority, a Notary Public duly commissioned and qualified, personally came and appeared,

**TARA MELANCON**

who, after being duly sworn, did depose and say:

That he has explained to Debric Broussard the nature of his rights, causes of action, claims and demands as stated in the foregoing Receipt and Release, including, but not limited to, those rights and causes of action, claims and demands arising under the Louisiana Workers' Compensation Laws and any other laws of the State of Louisiana or any other state.

**WITNESSES:**

Kaitlyn M. Fontaine

Kaitlyn M. Fontaine
(Print Name)

Christina Guidry

Christina Guidry
(Print Name)

**TARA MELANCON**

**NOTARY PUBLIC**

STATE OF LOUISIANA NOTARY PUBLIC

A. SPENCER GULDEN
ID No 50039 / Bar No. 23110
State of Louisiana
My Commission is for Life

OWCA
RECEIVED
JAN 1 5 26
DISTRICT 6
COVINGTON

0685-15848/210

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

**BEFORE ME,** the undersigned authority, personally came and appeared:

**DEBRIC BROUSSARD**

who, first being duly sworn, did depose and say:

That he was an employee of Waste Pro USA; that he has made a claim for workers' compensation benefits; that he has been paid workers' compensation benefits; that at the time of this settlement, he is not eligible for Medicare benefits; that he does not currently have a pending application for Medicare benefits; and that he does not intend to pursue Medicare benefits within the next thirty months. Employee understands that Waste Pro USA and the Accident Insurance Company have relied upon this information in consideration of the settlement of employee's claim.

**WITNESSES:**

[signature]

Veronica Gutierrez
(Print Name)

[signature]

Lloyd Broussard
(Print Name)

[signature]
**DEBRIC BROUSSARD**

[signature]
**NOTARY PUBLIC**

OFFICIAL SEAL
TARA MELANCON
NOTARY ID # 137872
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

OWCA
RECEIVED
JAN 16 26
DISTRICT 6
COVINGTON

0685-15848/210

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF** Orleans

**BEFORE ME,** the undersigned authority, personally came and appeared

**DEBRIC BROUSSARD**

who, being duly sworn, did depose and say:

That he is the petitioning employee in the foregoing Joint Petition for Approval of Workers' Compensation Settlement; that he has had the Joint Petition for Approval of Workers' Compensation Settlement read to him and fully explained by Tara Melancon, his attorney in fact; that the allegations contained therein and made by him are true and correct; that he has discussed the Joint Petition for Approval of Workers' Compensation Settlement fully with Tara Melancon, his attorney; and that he fully understands it and has entered into this compromise settlement freely and voluntarily and with full knowledge of its contents and meaning; and that he wishes to waive any rights he may have with respect to a six (6) month waiting requirement under R.S. 23:1271.

**DEBRIC BROUSSARD**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 15th DAY
OF January, 2026.

**NOTARY PUBLIC**

OFFICIAL SEAL
TARA MELANCON
NOTARY ID # 137872
STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE
My Commission is for Life

OWCA
RECEIVED
JAN 15 26
DISTRICT 6
COVINGTON

0685-15848/210

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF** Orleans

**BEFORE ME,** the undersigned authority, personally came and appeared

**TARA MELANCON**

who, being duly sworn, deposed and said:

That she is counsel for petitioning employee, Debric Broussard, in the foregoing Joint Petition for Approval of Workers' Compensation Settlement; that she is also an attorney for said party and has signed the Joint Petition for Approval of Workers' Compensation Settlement in that capacity; that she has read the Joint Petition for Approval of Workers' Compensation Settlement; and that the allegations of fact contained therein which have been made by the employee are true and correct to the best of her knowledge, information and belief.

**TARA MELANCON**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 15 DAY
OF January, 2026.

**NOTARY PUBLIC**

OWCA
RECEIVED
JAN 16 26
DISTRICT 6
COVINGTON

0685-15848/210

# AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME,** the undersigned authority, personally came and appeared

**DENISE M. LEDET**

who, being duly sworn, did depose and say:

That she is a member of the law firm of Johnson, Yacoubian & Paysse, counsel for petitioning employer, Waste Pro USA, in the foregoing Joint Petition for Approval of Workers' Compensation Settlement; that she is also an attorney for said party and has signed the Joint Petition for Approval of Workers' Compensation Settlement in that capacity; that she has read the Joint Petition for Approval or Workers' Compensation Settlement; and that the allegations of fact contained therein which have been made by the employer and insurer are true and correct to the best of her knowledge, information and belief.

Denise M. Ledet
**DENISE M. LEDET**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 15th DAY
OF January, 2026.

R. Andrew Davis
**NOTARY PUBLIC**
Bar 35464
Lifetime Commission

OWCA
RECEIVED
JAN 16 26
DISTRICT 6
COVINGTON

# WORKERS COMPENSATION – FIRST REPORT OF INJURY OR ILLNESS

| | | | |
|---|---|---|---|
| EMPLOYER (NAME & ADDRESS INCL ZIP)<br>Total Waste Solutions<br>16201 East Main Street<br>Cut Off La 70345 | CARRIER/ADMINISTRATOR CLAIM NUMBER<br>4A2505V347H-0001 | OSHA LOG NUMBER | REPORT PURPOSE CODE |
| | JURISDICTION | JURISDICTION CLAIM NUMBER | |
| | INSURED REPORT NUMBER | | |
| | EMPLOYER'S LOCATION ADDRESS (IF DIFFERENT) | | LOCATION # |
| INDUSTRY CODE / EMPLOYER FEIN<br>592733978 | | | PHONE # |

## CARRIER/CLAIMS ADMINISTRATOR

| | | |
|---|---|---|
| CARRIER (NAME, ADDRESS, & PHONE #)<br>XL Specialty Insurance Company<br>70 Seaview Ave<br>Stamford Ct 06902-6040 | POLICY PERIOD<br>11/22/2024 TO 11/21/2025<br>CHECK IF APPROPRIATE<br>SELF INSURANCE | CLAIMS ADMINISTRATOR (NAME, ADDRESS & PHONE NO)<br>Sedgwick Claims Management Services, Inc<br>P O Box 14434<br>Lexington, KY 40512-4434<br>(800)546-1373 |
| CARRIER FEIN<br>650277191 | POLICY/SELF-INSURED NUMBER<br>RWD300139007 | ADMINISTRATOR FEIN<br>362685608 |
| AGENT NAME & CODE NUMBER | | |

## EMPLOYEE/WAGE

| | | | | |
|---|---|---|---|---|
| NAME (LAST, FIRST, MIDDLE)<br>Broussard, Debric | DATE OF BIRTH<br>[redacted]1989 | SOCIAL SECURITY NUMBER<br>***-**-4120 | DATE HIRED | STATE OF HIRE |
| ADDRESS (INCL ZIP)<br>400 Linden Lewis Road<br>Youngsville LA 70592 | SEX Unknown<br>M MALE<br>F FEMALE<br>U UNKNOWN | MARITAL STATUS<br>U UNMARRIED SINGLE/DIVORCED<br>M MARRIED<br>S SEPARATED<br>K UNKNOWN | OCCUPATION/JOB TITLE<br>Roll Off Driver Hrly/Infctv<br>EMPLOYMENT STATUS | |
| PHONE | # OF DEPENDENTS<br>0 | | NCCI CLASS CODE<br>Unknown | |
| RATE PER: DAY / WEEK / MONTH / OTHER: | DAYS WORKED/WEEK | FULL PAY FOR DAY OF INJURY? YES NO<br>DID SALARY CONTINUE? YES NO | | |

## OCCURRENCE/TREATMENT

| | | | | | |
|---|---|---|---|---|---|
| TIME EMPLOYEE BEGAN WORK AM PM | DATE OF INJURY/ILLNESS<br>05/27/2025 | TIME OF OCCURRENCE<br>05:40 X AM PM<br>( ) CANNOT BE DETERMINED | LAST WORK DATE | DATE EMPLOYER NOTIFIED<br>05/27/2025 | DATE DISABILITY BEGAN |
| CONTACT NAME/PHONE NUMBER | TYPE OF INJURY/ILLNESS<br>Invalid Code from Intake | PART OF BODY AFFECTED<br>Invalid Code from Intake | | | |
| DID INJURY/ILLNESS/EXPOSURE OCCUR ON EMPLOYER'S PREMISES? YES NO | TYPE OF INJURY/ILLNESS CODE<br>0000 | PART OF BODY AFFECTED CODE<br>0000 | | | |
| DEPARTMENT OR LOCATION WHERE ACCIDENT OR ILLNESS EXPOSURE OCCURRED | ALL EQUIPMENT, MATERIALS, OR CHEMICALS EMPLOYEE WAS USING WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED | | | | |
| SPECIFIC ACTIVITY THE EMPLOYEE WAS ENGAGED IN WHEN THE ACCIDENT OR ILLNESS EXPOSURE OCCURRED | WORK PROCESS THE EMPLOYEE WAS ENGAGED IN WHEN ACCIDENT OR ILLNESS EXPOSURE OCCURRED | | | | |

HOW INJURY OR ILLNESS/ABNORMAL HEALTH CONDITION OCCURRED. DESCRIBE THE SEQUENCE OF EVENTS AND INCLUDE ANY OBJECTS OR SUBSTANCES THAT DIRECTLY INJURED THE EMPLOYEE OR MADE THE EMPLOYEE ILL

Driver has a cut by his eye and a blood clot on eyeball.

CAUSE OF INJURY CODE: 0000

| | | |
|---|---|---|
| DATE RETURN(ED) TO WORK | IF FATAL, GIVE DATE OF DEATH | WERE SAFEGUARDS OR SAFETY EQUIPMENT PROVIDED? YES NO<br>WERE THEY USED? YES NO |
| PHYSICIAN/HEALTH CARE PROVIDER (NAME & ADDRESS) | HOSPITAL OR OFF SITE TREATMENT (NAME & ADDRESS) | INITIAL TREATMENT<br>0 NO MEDICAL TREATMENT<br>1 MINOR: BY EMPLOYER<br>2 MINOR CLINIC/HOSP<br>3 EMERGENCY CARE<br>4 HOSPITALIZED > 24 HOURS<br>5 FUTURE MAJOR MEDICAL/ LOST TIME ANTICIPATED |

## OTHER

WITNESSES (NAME & PHONE #)

| | | | |
|---|---|---|---|
| DATE ADMINISTRATOR NOTIFIED<br>05/27/2025 | DATE PREPARED<br>05/27/2025 | PREPARER'S NAME & TITLE<br>Rachel Lowe Claims Examiner Workers Compensation | PHONE NUMBER<br>(800)546-1373 |

OWCA RECEIVED JAN 16 26 DISTRICT 6 COVINGTON

LWC-WC IA-1 IAIABC 2002

*T0458767 5.102-6979*

EXHIBIT A