**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEBRIC BROUSSARD,<br><br>Plaintiff,<br><br>vs.<br><br>WASTE PRO USA, INC; WASTE PRO OF LOUISIANA, INC.; TOTAL WASTE SOLUTIONS, LLC; MICHAEL SCIONEAUX; SAMUEL EDWARDS; DOE DEFENDANTS 1- 10,<br><br>Defendants. | Civil Action No. 2:26-cv-00760<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Donna Phillips Currault |

**DECLARATION OF MICHAEL C. MIMS**

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

2. I represent Waste Pro USA, Inc., Waste Pro of Louisiana, Inc., Total Waste Solutions, LLC in the above-captioned matter.

3. I submit this Declaration in support of Defendants' Rule 12(B)(6) Motion To Dismiss. I am fully familiar with the facts set forth herein.

4. Attached hereto are true and correct copies of the following documents:

   a. the Complaint from the related action *Debric Broussard v. Waste Pro USA, Inc. et al.*, Docket No. 2:25-cv-02132 (E.D. La., Hon. Sarah Vance presiding) ("2025 Title VII Action"), attached hereto as Exhibit A;

   b. the December 19, 2025 Mediation Agreement from Plaintiff's 2025 workers' compensation matter, attached hereto as Exhibit B;

c. the January 7, 2026 Release from the 2025 Title VII Action, attached hereto as Exhibit C;

d. the January 15, 2026 Workers' Compensation Receipt and Release, attached hereto as Exhibit D; and

e. the January 16, 2026 Order of the Office of Workers' Compensation attached hereto as Exhibit E, which has been redacted to remove Plaintiff's personal identifying information pursuant to Rule 5.2 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 8, 2026.

By: ______________________
**Michael C. Mims**