**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

DEBRIC BROUSSARD,

Plaintiff,

vs.

WASTE PRO USA, INC; WASTE PRO OF LOUISIANA, INC.; TOTAL WASTE SOLUTIONS, LLC; MICHAEL SCIONEAUX; SAMUEL EDWARDS; DOE DEFENDANTS 1- 10,

Defendants.

Civil Action No. 2:26-cv-00760

Judge Carl J. Barbier

Magistrate Judge Donna Phillips Currault

**ORDER**

Considering Defendants' Motion for Leave to File Exhibit Under Seal, the accompanying Memorandum in Support, the record, and the applicable law:

The Court recognizes that judicial records are presumptively public and that the public's right of access to judicial records is a fundamental element of the rule of law. The Court's discretion to seal a judicial record is to be exercised with caution, and the Court must balance the public's common-law right of access against the interests favoring nondisclosure in light of the facts and circumstances of this case.

Having conducted the required review, the Court finds that:

1. Defendants seek to seal only portions of the January 7, 2026 Settlement Agreement and have publicly filed a redacted version containing those terms dispositive of the Motion to Dismiss. The requested sealing is therefore narrowly tailored and congruent to the need.

2. The parties' interest in maintaining the confidentiality of the negotiated settlement terms is a legitimate interest favoring nondisclosure that, as to those discrete redacted terms,

outweighs the public's presumptive right of access, particularly because the publicly filed redacted version preserves access to the provisions material to the pending Motion to Dismiss.

Accordingly, IT IS ORDERED that Defendants' Motion is GRANTED. Defendants are granted leave to file the unredacted Exhibit C under seal. The unredacted Exhibit C shall remain under seal until further order of the Court.

New Orleans, Louisiana, this ____ day of ___________, 2026.

________________________________
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE