# CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Confidential Settlement Agreement and General Release ("Agreement") is made and entered into by and between WASTE PRO OF LOUISIANA, INC. and any of its related or affiliated entities, parent companies, employees, former employees, owners, and/or shareholders (collectively "WASTE PRO"), and DEBRIC BROUSSARD, on behalf of himself, his heirs, executors, administrators, successors, and assigns (singularly and collectively referred to throughout this Agreement as "BROUSSARD").

[redacted]

WHEREAS, BROUSSARD filed a Complaint and against WASTE PRO, in the United States District Court for the Eastern District of Louisiana, on or about October 14, 2025, Case No. 2:25-cv-02132-SSV-MBN (the "Complaint");

[redacted]

WHEREAS, the parties wish to resolve and settle their differences without resort to further litigation;

NOW, THEREFORE, in consideration of the foregoing and the mutual covenants and agreements set forth herein, which covenants and agreements constitute good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree to be legally bound by the following terms and conditions, which constitute full settlement of any and all disputes between them:

[redacted]

[redacted]

[redacted]

[redacted]

EXHIBIT C

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

5. **Release of Claims by Debric Broussard.** In exchange for, and in consideration of the payments, benefits, and other commitments described above, BROUSSARD knowingly and voluntarily releases and forever discharges, to the full extent permitted by law, WASTE PRO, its subsidiaries, parent corporations, affiliates, divisions, predecessors, successors and assigns, joint employers, joint ventures, and the current and former employees, officers, directors, owners, insurers, and agents thereof (all of the above singularly and collectively referred to in this provision as the "Released Parties"), of and from any and all claims, known and unknown, accrued and unaccrued, asserted and unasserted, BROUSSARD has or may have against the Released Parties as of the date of execution of this Agreement that were or could have been brought in Case No. 2:25-cv-02132-SSV-MBN, arising out of, but not limited to, any of the following:

- Title VII of the Civil Rights Act of 1964, as amended;
- The Civil Rights Act of 1991;
- Sections 1981 through 1988 of Title 42 of the United States Code, as amended;
- The Employee Retirement Income Security Act of 1974, as amended;
- The Immigration Reform and Control Act, as amended;
- The Equal Pay Act, as amended;
- The Family and Medical Leave Act, as amended;
- Older Workers Benefit Protection Act
- The Americans with Disabilities Act, as amended;
- The Workers Adjustment and Retraining Notification Act, as amended;
- The Occupational Safety and Health Act, as amended;
- The Sarbanes-Oxley Act of 2002;
- Any Louisiana statutes pertaining to discrimination, including without limitation, disability discrimination.
- Any federal or state claims for negligence, conspiracy, indemnity, vicarious liability, or any other claims.
- Any claim for costs, fees, or other expenses including attorneys' fees incurred in these matters.

6. **Affirmations**.

[redacted]

b. BROUSSARD further affirms that he has been paid and/or has received all leave (paid or unpaid), compensation, wages, bonuses, commissions, and/or benefits to which he may be entitled and that no other leave (paid or unpaid), compensation, wages, bonuses, commissions and/or benefits are due to him by WASTE PRO, except as provided for in this Agreement or any pending claims.

c. BROUSSARD furthermore affirms that he is not aware of any workplace injuries or occupational diseases he has suffered that have not previously been disclosed to WASTE PRO.

d. BROUSSARD furthermore affirms that he has consulted with his counsel about the terms of this Agreement and enters into the Agreement voluntarily.

[redacted]

[redacted]

[redacted]

[redacted]

11. **<u>Governing Law and Interpretation</u>**. This Agreement shall be governed and conformed in accordance with the laws of the State of Louisiana without regard to its conflict of laws provision. [redacted]

[redacted]

[redacted]

[redacted]

15. **<u>Binding Nature of Agreement</u>.** This Agreement shall be binding upon the parties hereto and upon their heirs, administrators, representatives, executors, divisions, parents, subsidiaries, parents' subsidiaries, affiliates, partners, limited partners, successors and assigns, and shall inure to the benefit of said parties and each of them and to their heirs, administrators, representatives, executors, divisions, parents, subsidiaries, parents' subsidiaries, affiliates, partners, limited partners, successors and assigns. BROUSSARD expressly warrants that he has not transferred to any person or entity any rights or causes of action, or claims released by this Agreement.

[redacted]

[redacted]

[redacted]

**HAVING ELECTED TO EXECUTE THIS CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE, TO FULFILL THE PROMISES AND TO RECEIVE THE SUMS AND BENEFITS IN PARAGRAPH 2, ABOVE, AND ELSEWHERE IN THIS AGREEMENT, BROUSSARD FREELY AND KNOWINGLY, AND AFTER DUE CONSIDERATION, ENTERS INTO THIS CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE INTENDING TO WAIVE, SETTLE AND RELEASE ALL CLAIMS HE HAS OR MIGHT HAVE AGAINST WASTE PRO AND ALL OF THE RELEASED PARTIES, AS OF THE DATE OF EXECUTION OF THIS AGREEMENT.**

IN WITNESS WHEREOF, the parties hereto knowingly and voluntarily executed this Confidential Settlement Agreement and General Release as of the date(s) set forth below:

Signed by:
[signature]
0F242AC675704F0...
DEBRIC BROUSSARD

Date: 1/7/2026

WASTE PRO OF LOUISIANA, INC.

Signature: [signature: Jesse Murphy Jr]
Jesse Murphy, Regional Vice President

Date: 1/5/26