UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBRIC BROUSSARD | * | CIVIL ACTION |
| VERSUS | * | NO. 26-760 |
| WASTE PRO USA, INC., ET AL. | * | SECTION "J" (2) |

**ORDER**

**IT IS ORDERED** that a Preliminary Conference **BY VIDEO** is hereby scheduled in this matter on **THURSDAY, SEPTEMBER 24, 2026, at 10:30 a.m.,** before the undersigned Magistrate Judge. One purpose of the conference is to determine whether all parties consent to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c). Discovery issues, deadlines and other dates will also be discussed, if appropriate.

No later than five (5) days prior to the preliminary conference, counsel (or the parties if unrepresented by counsel) shall confer with all other parties to determine whether there is unanimous consent to proceed to trial before the Magistrate Judge. If all parties consent, the attached form is to be circulated, with each party signing the same form. Once signed by all parties and/or counsel, the completed form should be sent to the undersigned at efile-currault@laed.uscourts.gov.

A log-in invitation for the video conference will be emailed to counsel shortly before the scheduled conference.[1]

Dated this 9th day of September, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

[1] Participants are reminded of requirements of our Local Rules with respect to proper attire in the courtroom. They are to abide by those requirements even when participating via video conference. Participants are further reminded of the general prohibition against photographing, recording, or rebroadcasting of court proceeding which likewise apply to proceedings conducted over video conference.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBRIC BROUSSARD | * | CIVIL ACTION |
| VERSUS | * | NO. 26-760 |
| WASTE PRO USA, INC., ET AL. | * | SECTION "J" (2) |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), all parties to the above-captioned civil proceeding hereby waive their right to proceed before a United States District Judge and consent to have a full-time United States Magistrate Judge conduct any and all further proceedings in the case, including but not limited to, the trial of the case, entry of final judgment, and all post-trial proceedings. The parties acknowledge they have been advised that they may, without adverse substantive consequences, withhold consent.

____________ ______________________________ ____________________________

Date Plaintiff(s) Defendant(s)

____________________________

Defendant(s)

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge of this court to conduct all further proceedings and order the entry of a final judgment in accordance with Title 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the foregoing consent of the parties.

New Orleans, Louisiana, this ______ day of __________________, 2026.

____________________________________

UNITED STATES DISTRICT JUDGE

** COURT USE ONLY **
CERTIFICATE OF FILING PARTY
I certify that the signatures affixed hereon represent the consent of all parties to the suit.

____________________________________

Deputy Clerk/Judicial Assistant