**JONATHAN M. RHODES**
The Rhodes Law Firm, LLC
1937 Peniston Street,
New Orleans, Louisiana 70115
Telephone: (504) 475-0975
jonathan@therhodeslawfirm.com

**MICHAEL C. MIMS**
Liskow & Lewis, APLC
701 Poydras Street, Suite 5000,
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
mmims@liskow.com

**MICHAEL L. MULLIN**
Law Offices of Michael L. Mullin, LLC
9533 Robin Lane
River Ridge, Louisiana 70123
Telephone: (504) 813-6625
mike@mullinlaw.net

September 18, 2026

***VIA ECF***

The Honorable Donna Phillips Currault
United States Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

**Re:** *Debric Broussard v. Waste Pro USA, Inc., et al.*, Civil Action No. 2:26-cv-00760-CJB-DPC; Section "J"(2)

Dear Judge Currault:

Counsel for all parties jointly submit this letter in response to the Court's Order dated September 9, 2026 (Rec. Doc. 13). In compliance with the Court's directive, counsel for all parties have conferred. The undersigned jointly and respectfully advise the Court that the unanimous consent required under 28 U.S.C. § 636(c) is not present. Accordingly, the parties will not be submitting a signed consent form, and we respectfully request that this matter continue before the Honorable Carl J. Barbier, United States District Judge.

All counsel remain available and fully prepared to participate in the September 24, 2026 Preliminary Conference to address discovery, scheduling, and any other matters the Court deems appropriate.

**[signature contained on following page**

Respectfully submitted,

*/s/ Jonathan M. Rhodes*
Jonathan M. Rhodes
(#32649)
The Rhodes Law Firm, LLC
1937 Peniston Street
New Orleans, Louisiana 70115
Telephone: (504) 475-0975
jonathan@therhodeslawfirm.com

**Counsel for Plaintiff, Debric Broussard**

*/s/ Michael C. Mims*
Michael C. Mims
(#33991)
Liskow & Lewis, APLC
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
mmims@liskow.com

**Counsel for Defendants Waste Pro USA, Inc., Waste Pro of Louisiana, Inc., and Total Waste Solutions, LLC**

*/s/ Michael L. Mullin*
Michael L. Mullin
(#9819)
Law Offices of Michael L. Mullin, LLC
9533 Robin Lane
River Ridge, Louisiana 70123
Telephone: (504) 813-6625
mike@mullinlaw.net

**Counsel for Defendants Michael Scioneaux and Samuel Edwards**