UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBRIC BROUSSARD | CIVIL ACTION |
| VERSUS | NO. 26-760 |
| WASTE PRO USA, INC. ET AL. | SECTION: “J”(2) |

**ORDER**

The Court having been advised that the parties to this proceeding have not consented to proceed to trial before the Magistrate Judge,

**IT IS HEREBY ORDERED** that the referral in this matter is **VACATED**, and the case shall proceed before the undersigned District Judge.

New Orleans, Louisiana, this 21st day of September, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE