MINUTE ENTRY
CURRAULT, M.J.
SEPTEMBER 24, 2026

**MJSTAR: 00:07**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBRIC BROUSSARD | * | CIVIL ACTION |
| VERSUS | * | NO. 26-760 |
| WASTE PRO USA, INC., ET AL. | * | SECTION "J" (2) |

The Court conducted a preliminary conference by video on this date.

Participating were: Jonathan M. Rhodes, counsel for plaintiff Debric Broussard;
Michael C. Mims, counsel for Defendants Waste Pro USA, Inc.; Waste Pro of Louisiana, Inc.; and Total Waste Solutions, LLC; and
Michael Lawrence Mullin, counsel for Defendants Scioneaux and Edwards

The parties have provided notice that there is ***not*** unanimous consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), and the presiding district judge has revoked the automatic referral. ECF Nos. 16 & 17.

The Court proceeded to discuss the status of discovery with the parties. The parties were advised to hold their Rule 26(f) conference within 14 days and to exchange initial disclosures no later than 14 days after that conference. The Court encouraged early settlement discussions and directed the parties to contact my chambers should they wish to schedule an early settlement conference.

The presiding district judge is advised that Defendants' Motion to Dismiss and Motion for Sanctions Pursuant to Rule 11 are currently pending. ECF Nos. 11 & 15.

New Orleans, Louisiana, this 24th day of September, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**