**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **DEBRIC BROUSSARD,**<br><br>Plaintiff,<br>v.<br><br>**WASTE PRO USA, INC; WASTE PRO OF LOUISIANA, INC.; TOTAL WASTE SOLUTIONS, LLC; MICHAEL SCIONEAUX; SAMUEL EDWARDS; DOE DEFENDANTS 1-10**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action**<br><br>**NO. 2:26-cv-00760-CJB-DPC** |

**[PROPOSED] ORDER**

CONSIDERING Plaintiff's Emergency Motion for Extension of Time to File Oppositions to Defendants' Motion to Dismiss and Motion for Sanctions, and finding good cause and excusable neglect shown pursuant to Federal Rule of Civil Procedure 6(b)(1)(B);

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that the deadline for Plaintiff to file Memoranda in Opposition to Defendants' Motion to Dismiss [Rec. Doc. ___] and Motion for Sanctions [Rec. Doc. ___] is extended to **________________, 2026**.

IT IS FURTHER ORDERED that the submission date for both motions is reset to **________________, 2026**.

New Orleans, Louisiana, this _____ day of ________________, 2026.

________________________________

**UNITED STATES DISTRICT JUDGE**