**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEBRIC BROUSSARD,<br><br>Plaintiff,<br><br>vs.<br><br>WASTE PRO USA, INC; WASTE PRO OF LOUISIANA, INC.; TOTAL WASTE SOLUTIONS, LLC; MICHAEL SCIONEAUX; SAMUEL EDWARDS; DOE DEFENDANTS 1- 10,<br><br>Defendants. | Civil Action No. 2:26-cv-00760<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Donna Phillips Currault |

**ORDER**

Considering Plaintiff's Emergency Motion for Extension of Time to File Oppositions to Defendants' Motion to Dismiss and Motion for Sanctions;

IT IS ORDERED that the Motion is GRANTED IN PART. Plaintiff's Memoranda in Opposition to Defendants' Motion to Dismiss and Motion for Sanctions Pursuant to Rule are deemed timely filed as of the date of this Order; IT IS FURTHER ORDERED that the submission date for Defendants' Motion to Dismiss and Motion for Sanctions is RESET to _________________________, 2026, which is eight (8) days from the date of this Order, so that Defendants may file any replies in support of their motions within their ordinary time to do so under Local Rule 7.5.

New Orleans, Louisiana, this ______ day of __________________, 2026.

___________________________________
UNITED STATES DISTRICT JUDGE