UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEBRIC BROUSSARD | * | CIVIL ACTION |
| VERSUS | * | NO. 26-760 |
| WASTE PRO USA, INC., ET AL. | * | SECTION "J" (2) |

**ORDER**

Pending before me is Plaintiff's Emergency Motion[1] for Extension of Time to File Oppositions to Defendants' Motion to Dismiss and Motion for Sanctions in which Plaintiff essentially seeks leave to file his Opposition Memoranda two days late. ECF No. 19. Although the motion was scheduled for submission on October 14, 2026, Defendants have filed their opposition, asserting that Plaintiff seeks leave to file his memoranda two days late rather than an extension of time given that the opposition deadline had already expired. ECF No. 22.

Having considered the record, the submissions and argument of counsel, the applicable law, and the fact that Plaintiffs' opposition was only two days late,

IT IS ORDERED that the Motion is GRANTED IN PART, and the court will consider the untimely opposition memoranda.

IT IS FURTHER ORDERED that Defendants may file any reply memoranda on or before **Wednesday, September 30, 2026**. No further briefing will be permitted.

IT IS FURTHER ORDERED that the submission date for Defendants' Motion to Dismiss (ECF No. 11) and Motion for Sanctions Pursuant to Rule 11 (ECF No. 15) is re-set for October 7, 2026.

[1] Plaintiff styled his motion as an Emergency Motion and submitted it ex parte despite the absence of consent, contrary to Local Rule 7.3. And while styled as an emergency, Plaintiff failed to file a separate Motion for Expedited Hearing which resulted in the motion being scheduled for the next available hearing date of October 14, 2026. ECF No. 19.

New Orleans, Louisiana, this 28th day of September, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE