**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEBRIC BROUSSARD,<br><br>Plaintiff,<br><br>v.<br><br>WASTE PRO USA, INC; WASTE PRO OF LOUISIANA, INC.; TOTAL WASTE SOLUTIONS, LLC; MICHAEL SCIONEAUX; SAMUEL EDWARDS; DOE DEFENDANTS 1- 10,<br><br>Defendants. | Civil Action No. 2:26-cv-00760<br><br>Judge Carl J. Barbier<br><br>Magistrate Judge Donna Phillips Currault |

**<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 (amended effective 12/31/22), Defendants WASTE PRO USA, INC., WASTE PRO OF LOUISIANA, INC., and TOTAL WASTE SOLUTIONS, LLC, make the following disclosures:

**<u>WASTE PRO USA, INC.</u>**

1. **Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

   [X] Yes [ ] No

   If "No," proceed to Question 2. If "Yes," respond to the following:

   a. **Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or**
   b. **State that there is no such corporation.**

   There is no such corporation.

2. **Is the disclosing party either a party <u>or</u> an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

   [ ] Yes [X] No

   If "No," sign and submit the form.

## WASTE PRO OF LOUISIANA, INC.

**1. Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

[X] Yes [ ] No

If "No," proceed to Question 2. If "Yes," respond to the following:

**c. Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or**
**d. State that there is no such corporation.**

There is no such corporation.

**2. Is the disclosing party either a party <u>or</u> an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

[ ] Yes [X] No

If "No," sign and submit the form.

## TOTAL WASTE SOLUTIONS, LLC

**1. Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)?**

[] Yes [X] No

If "No," proceed to Question 2. If "Yes," respond to the following:

**e. Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or**
**f. State that there is no such corporation.**

**2. Is the disclosing party either a party <u>or</u> an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?**

[ ] Yes [X] No

If "No," sign and submit the form.

Counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims
Thomas J. McGoey, II (Bar #18330)
tjmcgoey@liskow.com
Michael C. Mims (#33991)
mmims@liskow.com
Ellen D. George (#39891)
egeorge@liskow.com
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(504) 581-7979

**Counsel for Defendants Waste Pro USA, Inc., Waste Pro of Louisiana, Inc., and Total Waste Solutions, LLC**

**CERTIFICATION**

I hereby certify that on this 1st day of October 2026, a copy of the foregoing pleading was served on all parties of record via the Court's ECF system and/or electronically via their email address designated for service.

/s/ Michael C. Mims