UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBRIC BROUSSARD | CIVIL ACTION |
| VERSUS | NO. 26-760 |
| WASTE PRO USA, INC. ET AL. | SECTION: “J”(2) |

**ORDER**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge’s Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this Matter.

Accordingly,

**IT IS ORDERED** that the Partial Motion to Dismiss filed by Defendant’s Waste Pro USA, Inc; Waste Pro of Louisiana, Inc, and Total Waste Solutions, LLC concerning all claims of retaliation based on pre-January 7, 2026, conduct is **GRANTED,** leaving all post-January 7, 2026, conduct for further resolution.

New Orleans, Louisiana, this 26th day of October, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE