UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBRIC BROUSSARD | CIVIL ACTION |
| VERSUS | NO. 26-760 |
| WASTE PRO USA, INC. ET AL. | SECTION: "J"(2) |

**ORDER**

Although Defendant entitled its filing as an *Objection to the Magistrate Judge's Order Denying Their Motion for Sanctions*, the Court will consider it as "Motion to Review the Magistrate Judges Order" in accordance with Local Rule 72.2. Having Considered the motion **(Rec. Doc. 28),**

**IT IS HEREBY ORDERED** that the motion is **DENIED.**

New Orleans, Louisiana, this 29th day of October, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE